VERNON W. BALZER, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued December 1, 1938; decided January 3, 1939.

*Louis Hasbrouck Newkirk* and *Isidor H. Taylor* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair, Samuel A. Bloom* and *Charles E. Ramsgate* of counsel), for respondent.

Judgment affirmed, with costs, on the ground that no negligence had been proved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.